C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

IN THE MATTER OF: ) No. B-10-81790 C-13D
August McConnell )
)
)
Debtor(s) )

## ORDER DENYING CONFIRMATION OF PLAN

On January 13, 2011, a hearing was held on Objection by Taylor Estates Homeowners Association, Inc. ("Taylor Estates") to confirmation of the Debtor's proposed plan. At the hearing, Edward C. Boltz, Esq. appeared on behalf of the Debtor; Mark B. Gunter, Esq. appeared on behalf of Taylor Estates; and, Richard M. Hutson II, Standing Trustee appaered. The Court, after considering the Objection and having heard and considered the statements of counsel and the Trustee, finds that the Objection should be sustained; therefore, it is ORDERED:

1. Taylor Estates's Objection to confirmation of the Debtor's proposed plan is sustained and the proposed plan is not confirmed.

2. The Debtor shall have 30 days from January 13, 2011, within which to amend her proposed plan, or file a new proposed plan, and in the event an amended or new proposed plan is not is timely filed, this case shall be automatically dismissed upon Motion of the Standing Trustee without further notice and hearing.

**PARTIES IN INTEREST**
Page 1 of 1
**10-81790 C-13D**

August McConnell
21 Sharpstone Ln.
Durham, NC  27703

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Markham B. Gunter, Esq.
123 Glenwood Ave.
Raleigh, NC  27603